No. 41913.—Protest 942482–G of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that certain items consist of cigarette whistles the same as those the subject of Abstract 39509. As to these

the claim at 45 percent under paragraph 409 was sustained. Metal flutes stipulated to be similar to those the subject of Abstract 40185 were held dutiable at 45 percent under paragraph 397.